

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00221-CV

**IN RE** Agustin **ESTRADA**, individually and doing business as AE TRUCKING, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on June 9, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2018-CI-18478 pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding. In the mandamus petition, relator also named the Honorable Peter Sakai and the Honorable Angelica Jimenez as respondents.